PER CURIAM.
Affirmed. Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Schuttler v. Schuttler, 429 So.2d 1338 (Fla. 4th DCA 1983); Creel v. Creel, 378 So.2d 1251 (Fla. 3d DCA 1979), cert. denied, 388 So.2d 1111 (Fla.1980); Snider v. Snider, 375 So.2d 591 (Fla. 3d DCA 1979), dismissed, 385 So.2d 760 (Fla.1980); Storer v. Storer, 353 So.2d 152 (Fla. 3d DCA 1977), cert. denied, 360 So.2d 1250 (Fla.1978).